1 .

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ADEL F. SAMAAN, M.D., an individual<br><br>Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY, a health benefits corporation doing business in California; AETNA LIFE & CASUALTY (BERMUDA) LTD., an insurance underwriting corporation doing business in California; and Does 1 through 100,<br><br>Defendants | CASE NO. 2:17-cv-01690 DSF (AGRx)<br><br>*Judge Hon. Dale S. Fischer*<br>Courtroom: 7D<br><br>**ORDER ON JUDGMENT**<br><br><br><br>Complaint filed: 3/2/2017 |

-1-

Pursuant to the Stipulation for Judgment of the parties filed on May 26, 2023 the court enters the following Judgment:

NOW, THEREFORE, JUDGMENT IS HEREBY ENTERED IN FAVOR of Dr. Samaan on six of the unpaid claims and against Aetna. Aetna shall pay Dr. Samaan $1,083.00.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT Dr. Samaan and Aetna shall each bear their own attorney's fees and costs and both parties shall waive their right to appeal this judgment.

__May 26, 2023_____  
Dated

_/s/ Dale S. Fischer_  
Hon. Dale S. Fischer